2014-1641

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ERGOWERX INTERNATIONAL LLC,
         *Plaintiff-Appellant*,

v.

MAXELL CORPORATION OF AMERICA,
         *Defendant-Appellee*.

Appeal from the United States District Court for the Southern District of New York in Case No. 1:13-CV-05633-PAE, Judge Paul A. Engelmayer

### DEFENDANT–APPELLEE'S
### UNOPPOSED MOTION TO EXTEND TIME

 Pursuant to Federal Circuit Rule 26(b), Defendant-Appellee Maxell Corporation of America respectfully requests the Court to enlarge the time to file the Defendant-Appellee's responsive brief by 60 days, to and including February 27, 2015. This is the Defendant-Appellee's first request for an extension of time in this case. Counsel for Plaintiff-Appellant is unopposed to this request.

 The principal brief for Defendant-Appellee is currently due to be filed on December 29, 2014. As set forth in the attached declaration of Hilary L. Preston,

1

the requested enlargement of time is necessary because of preexisting commitments.

WHEREFORE, Defendant-Appellee respectfully requests that the time within which it must file its responsive brief be extended by 60 days up to and including February 27, 2015.

November 21, 2014                                     Respectfully submitted,

                                           */s/ Hilary L. Preston*
                                           Hilary L. Preston
                                           Vinson & Elkins L.L.P.
                                           666 Fifth Avenue, 26th Floor
                                           New York, NY 10103
                                           Telephone: 212-237-0066
                                           Fax: 917-849-5387
                                           Email: hpreston@velaw.com

                                           Ajeet Pai
                                           Vinson & Elkins L.L.P.
                                           2801 Via Fortuna, Ste. 100
                                           Austin, TX 78746
                                           Telephone: 512-542-8400
                                           Fax:  512-542-8612
                                           Email: apai@velaw.com

                                           Nickou Oskoui
                                           Vinson & Elkins L.L.P.
                                           2001 Ross Avenue
                                           Suite 3700
                                           Dallas, TX 75201
                                           Telephone: 214-220-7845
                                           Fax: 214-999-7845
                                           Email: noskoui@velaw.com

                                           *Attorneys for Defendant-Appellee Maxell Corporation of America.*

Form 9

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ergowerx International LLC   v.   Maxell Corporation Of America

No. 14-1641

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (**appellee**) (amicus) (name of party) Maxell Corporation Of America certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Maxell Corporation of America

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Maxell Corporation of America's parent corporation is Hitachi Maxell, Ltd., which is traded on the Tokyo Stock Exchange. No other publicly held company owns 10% or more of Maxell Corporation of America's shares.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Hilary Lovett Preston, Nickou Oskoui, Scott W. Breedlove, Temilola Oluwatosin Sobowale, Ajeet Pai, all of the firm Vinson & Elkins LLP

| 7/30/2014 | /s/ Hilary Preston |
|---|---|
| Date | Signature of counsel |
| | Hilary Preston |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

## CERTIFICATE OF SERVICE

I, Hilary L. Preston, hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court on November 21, 2014, using the CM/ECF system, which will send notification of such filing to counsel of record.

                                          /s/   *Hilary L. Preston*

                                          Hilary L. Preston
                                          Vinson & Elkins L.L.P.
                                          666 Fifth Avenue, 26th Floor
                                          New York, NY 10103
                                          Telephone: 212-237-0066
                                          Fax: 917-849-5387
                                          Email: hpreston@velaw.com

2014-1641

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ERGOWERX INTERNATIONAL LLC,
　　　　　　　　　　*Plaintiff-Appellant*,

v.

MAXELL CORPORATION OF AMERICA,
　　　　　　　　　　*Defendant-Appellee*.

Appeal from the United States District Court for the Southern District of New York in Case No. 1:13-CV-05633-PAE, Judge Paul A. Engelmayer

## DECLARATION OF HILARY L. PRESTON

I, Hilary L. Preston, hereby declare as follows:

1.　　I am a partner in the law firm of Vinson & Elkins LLP, and a member of the Bar of this Court. I am lead counsel for Defendant-Appellee Maxell Corporation of America in this appeal. I make this declaration based on my personal knowledge or on conversations I had with the other attorneys representing the Defendant-Appellee.

2.　　This is Maxell's first request for an enlargement of time.

3. Plaintiff-Appellant Ergowerx previously sought and received a 60 day enlargement of time to file its previous brief. Because the resulting period for Maxell to respond to the Plaintiff-Appellant's opening brief spans both the Thanksgiving and Christmas holidays, a significant portion of the time to respond will be effectively unavailable to the lawyers working on this matter who have personal commitments during those holidays.

4. In addition, a lawyer who will be primarily assisting me has a prepaid overseas vacation that will result in his unavailability for another week of the current time to respond.

5. I have contacted counsel for Plaintiff-Appellant Ergowerx, and Ergowerx does not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 21, 2014

Respectfully submitted,

*s/ Hilary L. Preston*
Hilary L. Preston
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103
Telephone: 212-237-0066
Fax: 917-849-5387
Email: hpreston@velaw.com